UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER GRAY, | No. 2:16-cv-1577 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| W.L. MUNIZ, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se and in forma pauperis, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner requests the appointment of counsel. In light of petitioner's mental health issues and the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motions for counsel (ECF No. 4 and 8) are granted.

2. The Federal Defender is appointed to represent petitioner.

3. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

4. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of

1

documents in the file.

5. Within thirty days from the date of this order, petitioner's counsel shall file and serve a status report addressing the timing and order of the following matters:

    a. Anticipated motions;

    b. Enumeration and resolution of unexhausted claims; and

    c. Possible amendment to the petition.

Petitioner is advised that failure to timely file a status report may result in sanctions.

Dated: November 9, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gray1577.110a.mac