IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLIVER GRAY**, | 2:16-cv-1577 JAM KJN P |
| Petitioner, | **ORDER** |
| v. | |
| **W.L. Muniz**, | |
| Respondent. | |

On June 21, 2017, respondent filed a request to continue the June 29, 2017 hearing on respondent's motion to dismiss, and states that petitioner's counsel has no objection. Respondent also seeks an extension of time in which to file a reply. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request (ECF No. 29) is granted; and

2. The June 29, 2017 hearing is continued to July 13, 2017, at 10:00 a.m., before the undersigned. Respondent's reply to petitioner's opposition to the motion to dismiss shall be filed on or before July 6, 2017.

Dated: June 22, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/gray1577.con