IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLIVER GRAY,** | 2:16-cv-1577 JAM KJN P |
| Petitioner, | **ORDER** |
| v. | |
| **W.L. Muniz,** | |
| Respondent. | |

On August 17, 2017, respondent filed an unopposed request for extension of time. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request (ECF No. 35) is granted; and

2. Respondent shall file a response to Petitioner's sur-reply on or before September 6, 2017.

Dated: August 21, 2017

/gray1577.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE