IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLIVER GRAY**, Petitioner, v. **W.L. Muniz**, Respondent. | Case No. 2:16-cv-1577 JAM KJN P<br><br>**ORDER** |

Respondent filed a request for extension of time in which to respond to the petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request (ECF No. 42) is granted; and
2. Respondent shall have an additional THIRTY (30) days, to and including May 18, 2018, to file a response to the petition for writ of habeas corpus.

Dated: April 19, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gray1577.eot