UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER GRAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W.L. MUNIZ,<br><br>　　　　Respondent. | No. 2:16-cv-1577 JAM KJN P<br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On May 18, 2018, respondent filed a request to seal seven documents that were filed under seal in state court. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request to file documents under seal (ECF No. 45) is granted; and

2. The Clerk of the Court is directed to file Reporter's Transcript pages 37-56, 66-99, 204.1–04.6, 218-49, 286, 354-88, and 574-86 under seal.

Dated: June 28, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gray1577.sea

1